No. 72–694. COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL. *v.* NYQUIST, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL.;

No. 72–753. ANDERSON *v.* COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL.;

No. 72–791. NYQUIST, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL. *v.* COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL.; and

No. 72–929. CHERRY ET AL. *v.* COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL. Appeals, from D. C. S. D. N. Y. [Probable jurisdiction noted, 410 U. S. 907.] Motion of Lawrence E. Klinger for leave to file an untimely brief as *amicus curiae* granted.

No. 72–804. RUCKELSHAUS, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY *v.* SIERRA CLUB ET AL. C. A. D. C. Cir. [Certiorari granted, 409 U. S. 1124.] Motion of the State of Arizona et al. for leave to present oral argument as *amici curiae* denied.

No. 72–1187. COMBS, SUPERINTENDENT, GRAND PRAIRIE INDEPENDENT SCHOOL DISTRICT, ET AL. *v.* JOHNSON ET AL. C. A. 5th Cir. Motion to advance and for pendente lite relief denied.

No. 72–5881. MARSHALL *v.* UNITED STATES. C. A. 9th Cir. [Certiorari granted, 410 U. S. 954.] Motion for appointment of counsel granted. It is ordered that James F. Hewitt, Esquire, of San Francisco, California, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 72–1084. GROSSMAN *v.* KAVANAGH, CHIEF JUSTICE, SUPREME COURT OF MICHIGAN. Motion for leave to file petition for writ of mandamus and/or prohibition denied.